474 A.2d 668

Commonwealth v. Carthon, Appellant.

Submitted November 4, 1983. Andrew G. Gay, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK, and MONTGOMERY, JJ.

Order affirmed.

474 A.2d 669

Commonwealth v. Chappell, Appellant.

Argued January 26, 1984. Kenneth J. Yablonski, for appellant; Frank Carl Roney, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence affirmed.